**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JEREMY D. JACKSON**                                                     **PLAINTIFF**

**v.**                            **CIVIL ACTION NO.: 2:19cv130-KS-MTP**

**LOW CONSTRUCTION GROUP, LLC**
**AND DAVID AIRHART, JR.**                                    **DEFENDANTS**

## NOTICE OF APPEARANCE

**COMES NOW** Gerald L. Kucia, Sr., of the law firm COPELAND, COOK, TAYLOR & BUSH, P.A., 600 Concourse, Suite 200, 1076 Highland Colony Parkway, Ridgeland, Mississippi 39157, and hereby enters his appearance as counsel of record for the Defendants Low Construction Group, LLC and David Airhart, Jr. in the above-styled and numbered case to receive copies of all pleadings and filings on behalf of the Defendants.

RESPECTFULLY SUBMITTED, this the 25th day of February 2021.

                                        **LOW CONSTRUCTION GROUP, LLC,**
                                        **AND DAVID AIRHART, JR.**
                                          **DEFENDANTS**

          By:      /s/ *Gerald L. Kucia, Sr.*
                        Gerald L. Kucia, Sr., (MSB No. 8716)
                        Gkucia@cctb.com
                        *Attorney for Low Construction Group, LLC,*
                        *and David Airhart, Jr.*

OF COUNSEL:

Gerald L. Kucia, Sr., (MSB No. 8716)
**COPELAND COOK TAYLOR & BUSH, P.A.**
600 Concourse, Suite 200
1076 Highland Colony Parkway (39157)
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone Number:   (601) 856-7200
Facsimile Number:   (601) 856-7626
Gkucia@cctb.com

---

## **CERTIFICATE OF SERVICE**

I, Gerald L. Kucia, Sr., do hereby certify that I have this date caused to be electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Dated: February 25, 2021.

                                          /s/ *Gerald L. Kucia, Sr.*
                                          Gerald L. Kucia, Sr., (MSB No. 8716)