# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**JEREMY D. JACKSON**                                                                                     **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 2:19-CV-130-KS-MTP**

**LOW CONSTRUCTION GROUP, LLC,** *et al.*                    **DEFENDANTS**

## ORDER

On February 25, 2021, the parties filed Motions in Limine [65, 68]. An expedited briefing schedule is necessary so that the Court can provide a ruling before the pretrial conference scheduled for March 18, 2021. Responses to the motions shall be filed on or before **March 10, 2021**. Replies may be filed on or before **March 15, 2021**.

SO ORDERED AND ADJUDGED this 26th day of February, 2021.

                                                       /s/   Keith Starrett
                                                             KEITH STARRETT
                                      UNITED STATES DISTRICT JUDGE